UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| CARNEGIE MORTGAGE, LLC, et al,<br><br>    Plaintiff(s),<br><br>v.<br><br>ARCADIO SUAREZ, et al,<br><br>    Defendant(s). | Civil Action No.: 09-416(JLL)<br><br>ORDER DISMISSING CASE<br>Pursuant to F.R. Civ. P.4(m) |

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against all defendants

It is on this 9th day of JUNE, 2009;

O R D E R E D  that the above captioned action be and is hereby dismissed, as to defendants, Aracadio Suarez, Gerard T. McFarlane, Columbia Funding Group & Fidel Gutierrez, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____
JOSE L. LINARES,
United States District Judge